CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUL 14 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| CHRISTOPHER D. ELLIOTT, JR., *Plaintiff*, | CASE NO. 6:10-cv-00032 |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, *Defendant*. | JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff's letter filed on March 9, 2011 (docket no. 23). In the letter, Plaintiff requests the Court to reconsider its order dated November 12, 2010.

For the reasons stated in the accompanying memorandum opinion, Plaintiff's motion for reconsideration (docket no. 23) is hereby DENIED.

The Clerk of the Court is hereby directed to send a certified copy of this order to all counsel of record.

Entered this 14th day of July, 2011.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE